# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: F4068959/24H |
| | Donald E. Wirtshaffter   06-cr-00284 EWN |
| NICOLE CERNY | (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count 1 of the Violation Notice after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 261.10(k) | Failure to Obtain Group Use Permit | 6/22/06 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| | $10.00 | $100.00 |
| | $25.00 CVB Processing Fee | |
| **Totals:** | $35.00 | $100.00 |

7/2/06
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 25, 2006
Date