IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cr-00284-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE CERNY,

    Defendant.

## ORDER TO CURE DEFICIENCY

Defendant Nicole Cerny submitted a Notice of Appeal on July 24, 2006 .

The Court has determined that the document is deficient as described in this Order.

Defendant is DIRECTED to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
    _X_   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___   is not submitted
    ___   is not on proper form (must use the court's current form)
    ___   is missing original signature by plaintiff/petitioner on motion
    ___   is missing affidavit
    ___   affidavit is incomplete
    ___   is missing original signature by plaintiff/petitioner on affidavit
    ___   affidavit is not notarized or is not properly notarized
    ___   other_____

Accordingly, it is

ORDERED that defendant cure the deficiencies designated above within 30 days from the date of this Order. Any papers that defendant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that, if defendant fails to cure the designated deficiencies within 30 days from the date of this Order, the case may be dismissed.

DATED at Denver, Colorado this 28th day of July, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge